# COPY

| | |
|---|---|
| 1 | TIMOTHY DILLON (SBN 190839) |
| 2 | DILLON & GERARDI APC |
|   | 4660 La Jolla Village Drive, Suite 1040 |
| 3 | San Diego, CA 92122 |
|   | (858) 587-1800 |
| 4 | Facsimile: (858) 587-2587 |
| 5 | E-mail: tdillon@dillongerardi.com |
| 6 | SPENCER D. FREEMAN (*pro hac vice* pending) |
| 7 | FREEMAN LAW FIRM, INC. |
|   | 2104 N. 30th St. |
| 8 | Tacoma, WA 98403 |
| 9 | (253) 383-4500 |
|   | E-mail: sfreeman@freemanlawfirm.org |

FILED
CLERK, U.S. DISTRICT COURT

JUL 14 2010
-4:05

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | FRASERSIDE HOLDINGS, LTD., a |  Case No. CV10 5174 -GW (FMOx) |
| 15 | foreign limited liability company | |
| 16 | Plaintiff, | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| 17 | vs. | |
| 18 | XOD LLC, a Delaware corporation, | |
| 19 | d/b/a XonDemand, Xondemand.com | |
| 20 | Defendant. | |

21    Plaintiff, Fraserside Holdings, Ltd., a foreign limited liability company with its

22 principal place of business located at Office 1002, 10th Floor, Nicolaou Pentadromos

23 Centre, Thessalonikis Street, 3025 Limassol, Cyprus (hereinafter "Plaintiff" or

24 "Fraserside") brings this action against XOD LLC, a Delaware Corporation, dba

25 XonDemand and Xondemand.com (hereinafter "Defendant" or "XOD"), with its

26 principal place of business located in Hatboro, Pennsylvania, and alleges as follows:

27 ///

28 ///

1

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

COPY

1  TIMOTHY DILLON (SBN 198
   DILLON & GERARDI APC
2  4660 La Jolla Village Drive, Suite 1040
3  San Diego, CA 92122
   (858) 587-1800
4  Facsimile: (858) 587-2587
5  E-mail: tdillon@dillongerardi.com

6  SPENCER D. FREEMAN (*pro hac vice* pending)
7  FREEMAN LAW FIRM, INC.
   2104 N. 30th St.
8  Tacoma, WA 98403
9  (253) 383-4500
   E-mail: sfreeman@freemanlawfirm.org
10



11              UNITED STATES DISTRICT COURT
12            CENTRAL DISTRICT OF CALIFORNIA
13

14  FRASERSIDE HOLDINGS, LTD., a      Case No.: **CV10  5174**-GW (FMOx)
    foreign limited liability company
15

16              Plaintiff,            COMPLAINT FOR DAMAGES AND
17        vs.                         INJUNCTIVE RELIEF
18  XOD LLC, a Delaware corporation,
    d/b/a XonDemand, Xondemand.com
19
           Defendant.
20

21      Plaintiff, Fraserside Holdings, Ltd., a foreign limited liability company with its

22  principal place of business located at Office 1002, 10th Floor, Nicolaou Pentadromos

23  Centre, Thessalonikis Street, 3025 Limassol, Cyprus (hereinafter "Plaintiff" or

24  "Fraserside") brings this action against XOD LLC, a Delaware Corporation, dba

25  XonDemand and Xondemand.com (hereinafter "Defendant" or "XOD"), with its

26  principal place of business located in Hatboro, Pennsylvania, and alleges as follows:

27  ///

28  ///

                                        1
           COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## JURISDICTION AND VENUE

1.    This is an action which arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, Section 32 of the Lanham Act, 15 U.S.C. §1114(1) (Direct Trademark Infringement); and Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a) (False Designation of Origin and Unfair Competition).  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331, 1338(a) and (b).

2.    This Court has original jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a), 17 U.S.C. §501, 15 U.S.C. §1114(1), and 15 U.S.C. §1125(a).

3.    Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1391(b), (c) and (d), and Federal Rule of Civil Procedure 4(k)(1) and (2).

## PARTIES

4.    Plaintiff, is a foreign limited liability company with its principal place of business in Limassol, Cyprus.

5.    Defendant XOD is a Delaware Corporation, with its principal place of business in Hatboro, Pennsylvania.

## FACTUAL BACKGROUND

6.    Plaintiff is a Cyprus based company with offices in San Francisco, California.

7.    Fraserside is one of the world's leading producers of high-quality brand driven motion picture films.  Fraserside's motion pictures are distributed on a wide range of platforms including mobile handsets via 104 network operators in 45 countries, digital TV via 38 platforms in 24 countries, broadband Internet, television broadcasting and sold on DVD's.

8.    Fraserside is the owner of Cine Craft, Ltd. and has all rights to pursue the trademark and/or copyright claims of Cine Craft, Ltd.  Plaintiff, through Cine Craft, Ltd., owns and maintains the trademark and trade name "PRIVATE" as well as its derivatives, logotypes, applications and modifications and all the additional related trademarks and applications, without limitation, for all related products and services are

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

licensed internationally to use and license all throughout the world in all formats, supports and distribution channels.   For many years, the purchasing public has come to know, rely upon and recognize the trademark and trade name PRIVATE since 1968.

9.     Plaintiff owns the worldwide rights to its extensive archive of high-quality content and also licenses its trademarks internationally for a select range of luxury consumer products.

10.     Defendant, XOD, maintains offices in several states throughout the United States.  XOD provides video streaming and rental capabilities on demand to customers over the Internet for a fee through its web site www.xondemand.com.  XOD garners users to its web property through various marketing methods and sources including, but not limited to, Internet search engines such as Google, Yahoo!, and AOL, as well as an affiliate based program that pays third parties to market its web sites in exchange for a percentage of sales generated.

11.     Defendant XOD, offers membership to its websites for free, but charges the user by the minute for viewing of some video content on Defendant's website.

12.     On March 2, 2006, Fraserside Holdings and XOD entered into a Video Streaming Agreement wherein Fraserside would provide XOD with 200 of its "PRIVATE" branded films in DVD format for the sole purpose of allowing XOD customers to stream or rent digitized parts of the films or complete films through XOD web sites, such as www.xondemand.com (the "Video Streaming Agreement").   The Video Streaming Agreement also granted XOD rights to display the PRIVATE trademark on XOD web sites in conjunction with displaying Plaintiff's films.

13.     Pursuant to the Video Streaming Agreement, XOD had a pay-per-minute pricing schedule for streaming and rental of Fraserside's videos, of which XOD was to pay Fraserside fifty percent (50%) of the gross revenues.

14.     The Video Streaming Agreement permitted either party to terminate the Agreement at any time after one (1) year from the effective date of the Agreement. Such termination required thirty (30) days written notice.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

15.   The parties consented to the jurisdiction of the Courts of California.

16.   On March 5, 2007, Fraserside sent XOD written notice of the termination of the Video Streaming Agreement, termination effective April 7, 2007.  The letter was confirmed delivered on March 8, 2007.

17.   As a result of the March 5, 2007 Agreement termination letter, delivered on March 8, 2007, as of April 7, 2007, XOD no longer had rights or lawful authority to display, stream, or rent Fraserside films or to display Fraserside's trademark PRIVATE.

18.   Plaintiff's PRIVATE trademark and service mark have been continuously used in commerce since at least June 1968.  U.S. Trademark Registration No. 1014975 was registered on July 1, 1975 and renewed on September 6, 2005.

19.   Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE.  As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE as an international brand of high quality entertainment.

20.   Plaintiff's PRIVATE GOLD trademark and service mark has been continuously used in commerce since at least August 2004.  PRIVATE GOLD holds U.S. Trademark Registration No. 3188677 and was registered on December 26, 2006.

21.   Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE GOLD.  As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE GOLD as an international brand of high quality entertainment.

22.   Plaintiff's PRIVATE trademark and service mark design of two human female figures has been continuously used in commerce since at least December 2004. The trademar holds U.S. Trademark Registration No. 3389749 and was registered on February 26, 2008.

23.   Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark service mark design of two human female figures.  As a result, the purchasing public has come to know, rely upon and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  recognize the mark design of two human female figures as indentifying Plaintiff's

2  work, an international brand of high quality entertainment.

3      24.    Plaintiff's PIRATE trademark and service mark have been continuously

4  used in commerce since at least February 24, 2000 and maintains U.S. Trademark

5  Registration No. 3137445, registered on September 5, 2006.

6      25.    Plaintiff has expended considerable effort and expense in promoting and

7  selling goods using its PIRATE trademark.  As a result, the purchasing public has come

8  to know, rely upon and recognize the PIRATE mark as an international brand of high

9  quality entertainment.

10     26.    Plaintiff's trademarks and service marks discussed herein were distinctive

11 at the time of Defendant's use and remains distinctive today.

12                    **DEFENDANT'S UNLAWFUL CONDUCT**

13     27.    In or around May 2010, Plaintiff discovery that Defendant was committing

14 over 30 separate instances of copyright infringement and over 1000 separate and

15 distinct instances of trademark infringement of Plaintiff's intellectual property on and

16 through its web site www.xondemand.com through servers located at Carolina Internet,

17 Ltd., 900 Center Park Drive, Charlotte, North Carolina.

18     28.    On or about May 5, 2010, Defendant, on the Internet Web site located at

19 www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

20 Plaintiff's copyrighted work titled A Taste of Pleasure, Copyright Registration Number

21 PA1-674-267,                    specifically                 located                at

22 http://straight.xondemand.com/Movies/Index.cfm/a_taste_of_pleasure/21486/?refid=0

23 &.  This copyrighted work was displayed without the consent of, or licensing by, the

24 Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing

25 agreement previously provided to Defendant was terminated as of April 7, 2007.

26     29.    On or about May 5, 2010, Defendant, on the Internet Web site located at

27 www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

28 Plaintiff's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

674-266, specifically located at http://straight.xondemand.com/Movies/Index.cfm/anal_freedom/21495/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

30. On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Artcore, Copyright Registration Number PA0001674499, specifically located at http://straight.xondemand.com/Movies/Index.cfm/artcore/21485/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

31. On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Beauties in the Tropix, Copyright Registration Number PA1-674-265, specifically located at http://straight.xondemand.com/Movies/Index.cfm/beauties_in_the_tropix/21529/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

32. On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff'scopyrighted work titled Coming of Age, Copyright Registration Number PA1-674-262, specifically located at http://straight.xondemand.com/Movies/Index.cfm/coming_of_age_1/21505/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
2   agreement previously provided to Defendant was terminated as of April 7, 2007.

3        33.    On or about May 5, 2010, Defendant, on the Internet Web site located at
4   www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
5   Plaintiff's copyrighted work titled Gladiator, Copyright Registration Number PA1-674-
6   249,              specifically              located              at
7   http://straight.xondemand.com/Movies/Index.cfm/private_gladiator/21532/?refid=0&.
8   This copyrighted work was displayed without the consent of, or licensing by, the
9   Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
10  agreement previously provided to Defendant was terminated as of April 7, 2007.

11       34.    On or about May 5, 2010, Defendant, on the Internet Web site located at
12  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
13  Plaintiff's copyrighted work titled Gladiator II – In the City of Lust, Copyright
14  Registration      Number      PA1-674-246,      specifically      located      at
15  http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_2_in_the_city_of_l
16  ust/21531/?refid=0&.   This copyrighted work was displayed without the consent of, or
17  licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.
18  Any licensing agreement previously provided to Defendant was terminated as of April
19  7, 2007.

20       35.    On or about May 5, 2010, Defendant, on the Internet Web site located at
21  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
22  Plaintiff's copyrighted work titled Gladiator III – Sexual Conquest, Copyright
23  Registration      Number      PA1-674-245,      specifically      located      at
24  http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_3_sexual_conquest
25  /21530/?refid=0&.   This copyrighted work was displayed without the consent of, or
26  licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.
27  Any licensing agreement previously provided to Defendant was terminated as of April
28  7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

36.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Lust Treasure #5, Copyright Registration Number PA1-674-243, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_5/21462/?refi d=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

37.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Lust Treasure #8, Copyright Registration Number PA1-674-247, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_8/21465/?refi d=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

38.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Lust Treasure #9, Copyright Registration Number PA1-674-248, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_9/21466/?refi d=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

39.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Millionaire I, Copyright Registration Number PA1-674-271, specifically located at

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  http://straight.xondemand.com/Movies/Index.cfm/millionaire/21507/?refid=0&.   This
2  copyrighted work was displayed without the consent of, or licensing by, the Plaintiff,
3  the copyright owner and registrant of the motion picture.   Any licensing agreement
4  previously provided to Defendant was terminated as of April 7, 2007.

5        40.   On or about May 5, 2010, Defendant, on the Internet Web site located at
6  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
7  Plaintiff's copyrighted work titled Millionaire II, Copyright Registration Number PA1-
8  674-272,                    specifically                    located                    at
9  http://straight.xondemand.com/Movies/Index.cfm/millionaire_part_2/21508/?refid=0&.
10 This copyrighted work was displayed without the consent of, or licensing by, the
11 Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
12 agreement previously provided to Defendant was terminated as of April 7, 2007.

13       41.   On or about May 5, 2010, Defendant, on the Internet Web site located at
14 www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
15 Plaintiff's copyrighted work titled Private Fetish Machine – the Fetish Garden,
16 Copyright    Registration    Number    PA1-674-498,    specifically    located    at
17 http://straight.xondemand.com/Movies/Index.cfm/the_fetish_garden/21497/?refid=0&.
18 This copyrighted work was displayed without the consent of, or licensing by, the
19 Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
20 agreement previously provided to Defendant was terminated as of April 7, 2007.

21       42.   On or about May 5, 2010, Defendant, on the Internet Web site located at
22 www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
23 Plaintiff's copyrighted work titled Private Stories No. 14 – Sex Dream, Copyright
24 Registration    Number    PA1-682-800,    specifically    located    at
25 http://straight.xondemand.com/Movies/Index.cfm/private_stories_no14/21480/?refid=0
26 &.   This copyrighted work was displayed without the consent of, or licensing by, the
27 Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
28 agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

43.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Stories No. 15 – Forest Nymph, Copyright Registration Number PA0001674481, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no15/21481/?refid=0 &.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

44.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Stories No. 9 – Blue Girls, Copyright Registration Number PA0001674476, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no9/21475/?refid=0 &.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

45.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Story of Bobbi Eden, Copyright Registration Number PA1-674-274, specifically located at http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_bobbi_eden/21 513/?refid=0&.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

46.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Story of Sarah O'Neal, Copyright

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Registration        Number        PA1-674-275,        specifically        located        at
http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_sarah_oneal/21
512/?refid=0&.   This copyrighted work was displayed without the consent of, or
licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.
Any licensing agreement previously provided to Defendant was terminated as of April
7, 2007.

47.   On or about May 5, 2010, Defendant, on the Internet Web site located at
www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
Plaintiff's copyrighted work titled Sex & Revenge, Copyright Registration Number
PA1-673-421,              specifically              located              at
http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_1/21501/?refid=0&.
This copyrighted work was displayed without the consent of, or licensing by, the
Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
agreement previously provided to Defendant was terminated as of April 7, 2007.

48.   On or about May 5, 2010, Defendant, on the Internet Web site located at
www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
Plaintiff's copyrighted work titled Sex & Revenge 2, Copyright Registration Number
PA1-674-465,              specifically              located              at
http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_2/21502/?refid=0&.
This copyrighted work was displayed without the consent of, or licensing by, the
Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
agreement previously provided to Defendant was terminated as of April 7, 2007.

49.   On or about May 5, 2010, Defendant, on the Internet Web site located at
www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
Plaintiff's copyrighted work titled Sex Lies & Internet, Copyright Registration Number
PA1-673-407,              specifically              located              at
http://straight.xondemand.com/Movies/Index.cfm/sex_lies_and_internet/21498/?refid=
0&.  This copyrighted work was displayed without the consent of, or licensing by, the

11

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

50.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Sex Rebels, Copyright Registration Number PA1-675-398,                    specifically                 located                    at http://straight.xondemand.com/Movies/Index.cfm/sex_rebels/21509/?refid=0&.    This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

51.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Sex Thriller, Copyright Registration Number PA1-673-428,                    specifically                 located                    at http://straight.xondemand.com/Movies/Index.cfm/sex_thriller_1/21510/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

52.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Sex, Lust & Video-Tapes, Copyright Registration Number           PA1-675-399,              specifically              located               at http://straight.xondemand.com/Movies/Index.cfm/private_x_12/21455/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

53.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff's copyrighted work titled Total Desire, Copyright Registration Number PA1-674-480, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_15/21456/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

54.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX-Chain Reaction, Copyright Registration Number PA1-674-566, specifically located at http://straight.xondemand.com/Movies/Index.cfm/chain_reaction/21447/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

55.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX 08, Copyright Registration Number PA1-674-472, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_8/21451/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

56.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX 09, Copyright Registration Number PA1-674-469, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_9/21452/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff,

1  the copyright owner and registrant of the motion picture.  Any licensing agreement

2  previously provided to Defendant was terminated as of April 7, 2007.

3      57.   On or about May 5, 2010, Defendant, on the Internet Web site located at

4  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

5  Plaintiff's copyrighted work titled XXX 18 – Wet Dreams, Copyright Registration

6  Number        PA1-674-270,        specifically        located        at

7  http://straight.xondemand.com/Movies/Index.cfm/wet_dreams_1/21446/?refid=0&.

8  This copyrighted work was displayed without the consent of, or licensing by, the

9  Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing

10  agreement previously provided to Defendant was terminated as of April 7, 2007.

11      58.   On or about May 5, 2010, Defendant, on the Internet Web site located at

12  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

13  Plaintiff's copyrighted work titled XXX No. 10, Copyright Registration Number PA1-

14  674-484,                  specifically                  located                  at

15  http://straight.xondemand.com/Movies/Index.cfm/private_x_10/21453/?refid=0&.  This

16  copyrighted work was displayed without the consent of, or licensing by, the Plaintiff,

17  the copyright owner and registrant of the motion picture.  Any licensing agreement

18  previously provided to Defendant was terminated as of April 7, 2007.

19      59.   On or about May 5, 2010, Defendant, on the Internet Web site located at

20  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

21  Plaintiff's copyrighted work titled XXX No. 11 – High Level Sex, Copyright

22  Registration        Number        PA1-674-495,        specifically        located        at

23  http://straight.xondemand.com/Movies/Index.cfm/private_x_11/21454/?refid=0&.  This

24  copyrighted work was displayed without the consent of, or licensing by, the Plaintiff,

25  the copyright owner and registrant of the motion picture.  Any licensing agreement

26  previously provided to Defendant was terminated as of April 7, 2007.

27      60.   On or about May 5, 2010, Defendant, on the Internet Web site located at

28  www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff's copyrighted work titled XXX No. 15, Copyright Registration Number PA1-674-474, specifically located at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_15/21519/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

61.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Your Time is Up, Copyright Registration Number PA1-674-269, specifically located at http://straight.xondemand.com/Movies/Index.cfm/your_time_is_up/21527/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

62.   On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/a_taste_of_pleasure/21486/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-nine (29) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

63.   On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/anal_freedom/21495/?refid=0&,

15

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

2  Number 1014957, on thirty-two (32) separate and distinct occasions; and design of two

3  human female figures, Registration Number 3389749, on two (2) separate and distinct

4  occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed

5  without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

6  of the trademark.  Any licensing agreement previously provided to Defendant was

7  terminated as of April 7, 2007.

8      64.    On or about May 10, 2010, on its Internet Web site page, specifically

9  located at http://straight.xondemand.com/Movies/Index.cfm/artcore/21485/?refid=0&,

10 Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

11 Number 1014957, on thirty-two (32) separate and distinct occasions; PRIVATE

12 GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and

13 design of two human female figures, Registration Number 3389749, on three (3)

14 separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as

15 they were displayed without the consent of, or licensing by, the Plaintiff, the trademark

16 owner and registrant of the trademark.  Any licensing agreement previously provided to

17 Defendant was terminated as of April 7, 2007.

18     65.    On or about May 10, 2010, on its Internet Web site page, specifically

19 located                                                                                    at

20 http://straight.xondemand.com/Movies/Index.cfm/beauties_in_the_tropix/21529/?refid

21 =0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,

22 Registration Number 1014957, on fourteen (14) separate and distinct occasions; and

23 design of two human female figures, Registration Number 3389749, on one (1) separate

24 and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were

25 displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

26 registrant of the trademark.  Any licensing agreement previously provided to Defendant

27 was terminated as of April 7, 2007.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

66.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                   at http://straight.xondemand.com/Movies/Index.cfm/coming_of_age_1/21505/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on five (5) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

67.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                   at http://straight.xondemand.com/Movies/Index.cfm/PRIVATE_gladiator/21532/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twelve (12) separate and distinct occasions; and PRIVATE GOLD, Registration Number 3188677, on four (4) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

68.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                   at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_2_in_the_city_of_l ust/21531/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirteen (13) separate and distinct occasions; and PRIVATE GOLD, Registration Number 3188677, on four (4) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark

17

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

69.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                              at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_3_sexual_conquest /21530/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirteen (13) separate and distinct occasions; and PRIVATE GOLD, Registration Number 3188677, on four (4) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

70.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                              at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_5/21462/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

71.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                              at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_8/21465/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

72. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                              at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_9/21466/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

73. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                              at http://straight.xondemand.com/Movies/Index.cfm/millionaire/21507/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-two (42) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on three (3) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

74.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                        at http://straight.xondemand.com/Movies/Index.cfm/millionaire_part_2/21508/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on three (3) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

75.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                        at http://straight.xondemand.com/Movies/Index.cfm/the_fetish_garden/21497/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eight (8) separate and distinct occasions; and PIRATE, Registration Number 3137445, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

76.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no14/21480/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on fifty-eight (58) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

77.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                               at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no15/21481/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-three (63) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

78.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                               at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no9/21475/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-nine (79) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

79.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                               at http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_bobbi_eden/21 513/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,

21

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

80. On or about May 10, 2010, on its Internet Web site page, specifically located                                  at                                  http http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_sarah_oneal/21 512/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-three (43) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

81. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_1/21501/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

82.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_2/21502/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-nine (39) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

83.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/sex_lies_and_internet/21498/?refid= 0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

84.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/sex_rebels/21509/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

85.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                         at http://straight.xondemand.com/Movies/Index.cfm/sex_thriller_1/21510/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on five (5) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

86.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                         at http://straight.xondemand.com/Movies/Index.cfm/private_x_12/21455/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-five (45) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on inve (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

87. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_15/21456/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-two (42) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

88. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/chain_reaction/21447/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

89. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_8/21451/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design

of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

90.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                 at http://straight.xondemand.com/Movies/Index.cfm/private_x_9/21452/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-three (43) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

91.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                 at http://straight.xondemand.com/Movies/Index.cfm/wet_dreams_1/21446/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

92.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                      at http://straight.xondemand.com/Movies/Index.cfm/private_x_10/21453/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

93.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                      at http://straight.xondemand.com/Movies/Index.cfm/private_x_11/21454/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

94.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                      at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_15/21519/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-seven (27) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

95.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/your_time_is_up/21527/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

96.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/a_hidden_pleasure/21524/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-six (26) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

97.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/a_life_of_porn/21503/?refid=0&,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-three (33) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

98.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                       at http://straight.xondemand.com/Movies/Index.cfm/a_womans_ass_is_a_beautiful_thing/21490/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

99.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                       at http://straight.xondemand.com/Movies/Index.cfm/anal_love_stories/21491/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

100.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at

http://straight.xondemand.com/Movies/Index.cfm/anal_manor/21442/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-two (32) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

101.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at

http://straight.xondemand.com/Movies/Index.cfm/ass_games/21492/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

102.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at

http://straight.xondemand.com/Movies/Index.cfm/backdoor_to_sweden/21441/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seven (7) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

103.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                     at http://straight.xondemand.com/Movies/Index.cfm/big_pack_1_2/21432/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.   Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

104.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                     at http://straight.xondemand.com/Movies/Index.cfm/big_titted_super_sluts/21493/?refid= 0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eight (8) separate and distinct occasions.   Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

105.   On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/body_x/21444/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.   Plaintiff's trademarks were infringed in this manner as

31

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

106.   On or about May 10, 2010, on its Internet Web site page, specifically located                                              at                                              http http://straight.xondemand.com/Movies/Index.cfm/cadillac_highway/21506/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

107.   On or about May 10, 2010, on its Internet Web site page, specifically located                                              at http://straight.xondemand.com/Movies/Index.cfm/caribbean_airlines/21521/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

108.   On or about May 10, 2010, on its Internet Web site page, specifically located                                              at                                              http http://straight.xondemand.com/Movies/Index.cfm/castings_x_35_julia_taylor_thats_ho

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  w_i_got_started/21496/?refid=0&, Defendant displayed and/or utilized Plaintiff's
2  trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and
3  distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2)
4  separate and distinct occasions; and design of two human female figures, Registration
5  Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks
6  were infringed in this manner as they were displayed without the consent of, or
7  licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any
8  licensing agreement previously provided to Defendant was terminated as of April 7,
9  2007.

10      109.  On or about May 10, 2010, on its Internet Web site page, specifically
11  located                                                                                    at
12  http://straight.xondemand.com/Movies/Index.cfm/club_private_in_seychelles/21443/?r
13  efid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,
14  Registration Number 1014957, on forty-two (42) separate and distinct occasions;
15  PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct
16  occasions; and design of two human female figures, Registration Number 3389749, on
17  three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this
18  manner as they were displayed without the consent of, or licensing by, the Plaintiff, the
19  trademark owner and registrant of the trademark.  Any licensing agreement previously
20  provided to Defendant was terminated as of April 7, 2007.

21      110.  On or about May 10, 2010, on its Internet Web site page, specifically
22  located                                                                                    at
23  http://straight.xondemand.com/Movies/Index.cfm/costa_rica_studies/21439/?refid=0&,
24  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
25  Number 1014957, on eleven (11) separate and distinct occasions; and design of two
26  human female figures, Registration Number 3389749, on one (1) separate and distinct
27  occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed
28  without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

111.  On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/delilah/21499/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (4) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

112.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                                 at http://straight.xondemand.com/Movies/Index.cfm/dream_girls_in_st_martin/21522/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirteen (13) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

113.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                                 at http://straight.xondemand.com/Movies/Index.cfm/eurobabes_take_it_to_xtreme/21494/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on ten (10) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

114.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                             at http://straight.xondemand.com/Movies/Index.cfm/fashion_in_paradise/21526/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on four (4) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

115.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                             at http://straight.xondemand.com/Movies/Index.cfm/ghost_bangers/21484/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

116.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                             at http://straight.xondemand.com/Movies/Index.cfm/hot_property/21489/?refid=0&,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on six (6) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

117.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                               at http://straight.xondemand.com/Movies/Index.cfm/lady_in_spain/21440/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on five (5) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

118.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                               at http://straight.xondemand.com/Movies/Index.cfm/money_for_nothing_sex_for_free/21 438/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

119.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                               at http://straight.xondemand.com/Movies/Index.cfm/on_the_road_to_fame/21504/?refid=

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-two (32) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on four (4) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

120.   On or about May 10, 2010, on its Internet Web site page, specifically located                                    at                                    http http://straight.xondemand.com/Movies/Index.cfm/private_diamonds/21436/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-nine (39) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

121.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                      at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_1/21460/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

122.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_2/21461/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-five (45) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

123.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_6/21463/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

124.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_7/21464/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and

2  design of two human female figures, Registration Number 3389749, on one (1) separate

3  and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were

4  displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

5  registrant of the trademark.  Any licensing agreement previously provided to Defendant

6  was terminated as of April 7, 2007.

7       125.  On or about May 10, 2010, on its Internet Web site page, specifically

8  located                                                                       at

9  http://straight.xondemand.com/Movies/Index.cfm/private_platinum/21435/?refid=0&,

10  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

11  Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD,

12  Registration Number 3188677, on two (2) separate and distinct occasions; and design

13  of two human female figures, Registration Number 3389749, on two (2) separate and

14  distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were

15  displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

16  registrant of the trademark.  Any licensing agreement previously provided to Defendant

17  was terminated as of April 7, 2007.

18       126.  On or about May 10, 2010, on its Internet Web site page, specifically

19  located                                                                       at

20  http://straight.xondemand.com/Movies/Index.cfm/private_solid_gold/21434/?refid=0&,

21  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

22  Number 1014957, on twenty-seven (27) separate and distinct occasions; and design of

23  two human female figures, Registration Number 3389749, on three (3) separate and

24  distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were

25  displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

26  registrant of the trademark.  Any licensing agreement previously provided to Defendant

27  was terminated as of April 7, 2007.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

127. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no1/21467/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

128. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no10/21476/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy (70) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

129. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no11/21477/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  of the trademark.   Any licensing agreement previously provided to Defendant was
2  terminated as of April 7, 2007.

3      130.   On or about May 10, 2010, on its Internet Web site page, specifically
4  located                                                                    at
5  http://straight.xondemand.com/Movies/Index.cfm/private_stories_no12/21478/?refid=0
6  &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
7  Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two
8  human female figures, Registration Number 3389749, on two (2) separate and distinct
9  occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed
10 without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant
11 of the trademark.   Any licensing agreement previously provided to Defendant was
12 terminated as of April 7, 2007.

13     131.   On or about May 10, 2010, on its Internet Web site page, specifically
14 located                                                                    at
15 http://straight.xondemand.com/Movies/Index.cfm/private_stories_no13/21479/?refid=0
16 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
17 Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two
18 human female figures, Registration Number 3389749, on two (2) separate and distinct
19 occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed
20 without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant
21 of the trademark.   Any licensing agreement previously provided to Defendant was
22 terminated as of April 7, 2007.

23     132.   On or about May 10, 2010, on its Internet Web site page, specifically
24 located                                                                    at
25 http://straight.xondemand.com/Movies/Index.cfm/private_stories_no16/21482/?refid=0
26 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
27 Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two
28 human female figures, Registration Number 3389749, on two (2) separate and distinct

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

133.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no17/21483/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

134.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no2/21468/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy (70) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

135.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no3/21469/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

Number 1014957, on seventy-two (72) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

136. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no4/21470/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy (70) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

137. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no5/21471/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-three (73) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

138. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                        at

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

http://straight.xondemand.com/Movies/Index.cfm/private_stories_no6/21472/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-two (72) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

139. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no7/21473/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-four (74) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

140. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no8/21474/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, seventy-seven (77) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

141.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_x_1_2/21433/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (4) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

142.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_x_2/21448/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

143.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_x_3/21449/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

144.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_x_5/21450/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

145.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/sin_island/21523/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on fourteen (14) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

146.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                        at

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  http://straight.xondemand.com/Movies/Index.cfm/sunset_memories/21525/?refid=0&,

2  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

3  Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two

4  human female figures, Registration Number 3389749, on one (1) separate and distinct

5  occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed

6  without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

7  of the trademark.   Any licensing agreement previously provided to Defendant was

8  terminated as of April 7, 2007.

9       147.   On or about May 10, 2010, on its Internet Web site page, specifically

10  located                                                                                      at

11  http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_chrystal/21514

12  /?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,

13  Registration Number 1014957, on forty-one (41) separate and distinct occasions; and

14  design of two human female figures, Registration Number 3389749, on two (2)

15  separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as

16  they were displayed without the consent of, or licensing by, the Plaintiff, the trademark

17  owner and registrant of the trademark.  Any licensing agreement previously provided to

18  Defendant was terminated as of April 7, 2007.

19       148.   On or about May 10, 2010, on its Internet Web site page, specifically

20  located                                                                                      at

21  http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_mia_stone/215

22  11/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,

23  Registration Number 1014957, on forty-three (43) separate and distinct occasions;

24  PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct

25  occasions; and design of two human female figures, Registration Number 3389749, on

26  two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this

27  manner as they were displayed without the consent of, or licensing by, the Plaintiff, the

28

47

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1 | trademark owner and registrant of the trademark.  Any licensing agreement previously
2 | provided to Defendant was terminated as of April 7, 2007.

3 | 149.  On or about May 10, 2010, on its Internet Web site page, specifically
4 | located                                                                                        at
5 | http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_monika_sweet
6 | heart/21516/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks
7 | PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct
8 | occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and
9 | distinct occasions; and design of two human female figures, Registration Number
10 | 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were
11 | infringed in this manner as they were displayed without the consent of, or licensing by,
12 | the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing
13 | agreement previously provided to Defendant was terminated as of April 7, 2007.

14 | 150.  On or about May 10, 2010, on its Internet Web site page, specifically
15 | located                                                                                        at
16 | http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_13/21517/?refid=0&,
17 | Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
18 | Number 1014957, on forty-eight (48) separate and distinct occasions; PRIVATE
19 | GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and
20 | design of two human female figures, Registration Number 3389749, on four (4)
21 | separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as
22 | they were displayed without the consent of, or licensing by, the Plaintiff, the trademark
23 | owner and registrant of the trademark.  Any licensing agreement previously provided to
24 | Defendant was terminated as of April 7, 2007.

25 | 151.  On or about May 10, 2010, on its Internet Web site page, specifically
26 | located                                                                                        at
27 | http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_14/21518/?refid=0&,
28 | Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Number 1014957, on forty-nine (49) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on four (4) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

152. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                           at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_16/21520/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-three (33) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

153. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                           at http://straight.xondemand.com/Movies/Index.cfm/virgin_treasures/21437/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eight (8) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

154. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/virtualia_episode_3_the_dark_side_i /21457/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

155. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/virtualia_episode_4_dark_side_i/214 58/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-six (46) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

156. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/virtualia_episode_5_dark_side_i/214 59/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this

2    manner as they were displayed without the consent of, or licensing by, the Plaintiff, the

3    trademark owner and registrant of the trademark. Any licensing agreement previously

4    provided to Defendant was terminated as of April 7, 2007.

5        157.  On or about May 10, 2010, on its Internet Web site page, specifically

6    located                                                        at

7    http://straight.xondemand.com/Movies/Index.cfm/voodoo_sex_dolls/21500/?refid=0&,

8    Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

9    Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD,

10    Registration Number 3188677, on two (2) separate and distinct occasions; and design

11    of two human female figures, Registration Number 3389749, on two (2) separate and

12    distinct occasions. Plaintiff's trademarks were infringed in this manner as they were

13    displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

14    registrant of the trademark. Any licensing agreement previously provided to Defendant

15    was terminated as of April 7, 2007.

16        158.  On or about May 10, 2010, on its Internet Web site page, specifically

17    located                                                        at

18    http://straight.xondemand.com/Movies/Index.cfm/wanna_cum_for_a_ride/21488/?refid

19    =0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,

20    Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; and

21    design of two human female figures, Registration Number 3389749, on two (2)

22    separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as

23    they were displayed without the consent of, or licensing by, the Plaintiff, the trademark

24    owner and registrant of the trademark. Any licensing agreement previously provided to

25    Defendant was terminated as of April 7, 2007.

26        159.  On or about May 10, 2010, on its Internet Web site page, specifically

27    located                                                        at

28    http://straight.xondemand.com/Movies/Index.cfm/wet_young_bitches/21487/?refid=0&

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-three (43) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

## COUNT I
### (Copyright Infringement, 17 U.S.C § 501 et seq.)

160.   Plaintiff repeats, realleges, and incorporates by this reference each and every allegation set forth in paragraphs 1 through 159.

161.   Plaintiff is the sole owners of all rights, titles, and interest to each of the digital motion pictures referenced herein and covered by Plaintiff's registered copyrights, and of all corresponding copyrights and Certificates of Registration.

162.   Plaintiff's copyrighted works consists of material original to the Plaintiff and each is copyrightable subject matter.

163.   Defendant has copied, reproduced, distributed, adapted, and/or publicly displayed the Plaintiffs' copyrighted works without the consent or authority of the Plaintiff, thereby directly infringing Plaintiffs' copyrights.

164.   Defendants' conduct constitutes infringement of Plaintiffs' copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§106 and 501 *et seq*.

165.   The infringement of Plaintiff's rights in and to each of the digital motion pictures constitutes a separate and distinct act of infringement.

166.   The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

167.   As a direct and proximate result of its unlawful conduct, Defendant is liable to Plaintiff for copyright infringement.  Plaintiff has suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its business reputation and goodwill.  Plaintiff is entitled to recover damages, which include its losses and all profits Defendants has made as a result of its wrongful conduct, pursuant to 17 U.S.C. §504(b).

168.   Alternative to actual damages plus Defendant's profits, Plaintiff is entitled to the maximum statutory damages, pursuant to 17 U.S.C. §504(c), in the amount of $150,000 for each infringed motion picture, or other such amounts as may be proper pursuant to 17 U.S.C. §504(c).

169.   Defendant's conduct has caused and, unless enjoined and restrained by this court, will continue to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. §502, Plaintiff is entitled to injunctive relief prohibiting further infringements of Plaintiff's copyrights.

170.   Plaintiff is also entitled to recover their attorneys' fees and costs of suit, pursuant to 17 U.S.C. §505.

## COUNT II

## (Contributory Copyright Infringement, 17 U.S.C. §501 et seq.)

171.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 170 as if set forth fully herein.

172.   Defendant has engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display, and/or distribution of copies of the Plaintiff's Copyrighted works, and thus to the direct infringement of the Plaintiff's copyrighted motion pictures.

173.   Defendant's conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's Copyrighted Works in violation of the Copyright Act, 17 U.S.C. §§106 and 501.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

174.   The infringement of Plaintiff's rights in and to each of the Plaintiff's Copyrighted Works constitutes a separate and distinct infringement.

175.   The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of the Plaintiff.

176.   As a direct and proximate result of the infringements by Defendant of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's Copyrighted Works, Plaintiff is entitled to its actual damages and Defendant's profits pursuant to 17 U.S.C. §504(b).

177.   Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. §504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. §504(c).

178.   Plaintiff further is entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. §505.

## COUNT III

### (Trademark Infringement Under the Lanham Act – 15 U.S.C. §1114)

179.   Plaintiff repeat, reallege, and incorporate by reference the allegations in Paragraphs 1 through 178 as if set forth fully herein.

180.   Defendants' use of Plaintiff's registered PRIVATE trademark and service mark in a manner likely to create consumer confusion, as alleged herein, constitutes trademark infringement pursuant to 15 U.S.C. §1114.

181.   Defendant's infringement is intentional and willful, and has caused and will continue to cause damage to Plaintiff in an amount to be proven at trial, and is causing irreparable harm to plaintiff for which there is no adequate remedy at law. Plaintiff is entitled to statutory and treble damages.

## COUNT IV

### (False Designation of Origin Under the Lanham Act – 15 U.S.C §1125(a))

182.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 181 as if fully set forth herein.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

183.   Defendant's conduct is likely to cause confusion, mistake, or deception as to defendant's affiliations, connection, or association with Plaintiff, or as to the origin, sponsorship, or approval of their goods or commercial activities.

184.   Defendant's conduct as alleged herein, including but not necessarily limited to their use of the PRIVATE mark, constitutes false designation of origin pursuant to 15 U.S.C. §1125(a).

185.   Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against defendants.

<h2 style="text-align:center">COUNT V</h2>

<h3 style="text-align:center">(Unfair Competition Under the Lanham Act – 15 U.S.C. § 1125(a))</h3>

186.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 185 as if fully set forth herein.

187.   Defendant's conduct as alleged herein, including but not limited to falsely representing that they are somehow affiliated, connected, or associated with Plaintiff or falsely to imply that Plaintiff has created, sponsors, or otherwise approves of their websites constitutes unfair competition and false advertising pursuant to 15 U.S.C. §1125(a).

188.   Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendant.

<h2 style="text-align:center">COUNT VI</h2>

<h3 style="text-align:center">(Accounting)</h3>

189.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 188 as if fully set forth herein.

190.   Plaintiff is informed and believes and based thereon allege that Defendant, , has received revenues by virtue of the wrongful conduct, as alleged herein.  As such, Plaintiff is entitled to Defendant's profits attributable to that wrongful conduct.  The

55

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

amount of theses profits is presently unknown and, because Plaintiff does not have access to Defendant's books and records, the total amount cannot be ascertained without an accounting.

191.   Plaintiff is entitled to an accounting from Defendant of all revenues and profits earned and received by Defendant, and each of them in connection with the wrongful conduct alleged herein.  The accounting will show any profits due and owing to Plaintiff based thereon.

## COUNT VII

### (Constructive Trust)

192.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 191 as if fully set forth herein.

193.   As a result of Defendant's wrongful conduct alleged herein, Defendant, has been unjustly enriched at the expense of Plaintiff, and will very likely continue to receive money and/or other valuable consideration and benefits in the future based thereon.

194.   Plaintiff is entitled to an accounting from Defendant of all revenue and profits earned and received by Defendant, in connection with the wrongful conduct alleged herein.  The accounting will show any profits now due and owing to Plaintiff based thereon.  Plaintiff is further entitled to injunctive relieve against Defendant, and each of them, restraining them from transferring such funds during the pendency of this action, so that meaningful equitable relief may be obtained upon entry of a judgment herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully request judgment as follows:

1.     That the Court enter a judgment against the Defendant that it has willfully infringed Plaintiff's rights in the federally registered copyrights referenced in Paragraphs 12 through 31 in violation of 17 U.S.C. § 501.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

2.     That the Court enters a judgment that the Defendant have engaged in unfair methods of competition in violation of state common law.

3.     That the Court issue injunctive relief against Defendant, and the Defendant, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert and/or participation with the Defendant, be enjoined and restrained from display and distribution of Plaintiff's motion pictures.

4.     That the Court issue temporary and permanent injunctive relief against the Defendant, and that the Defendant, their officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with the Defendant, be enjoined and restrained from copying, reproducing, distributing, adapting, and/or publicly displaying Plaintiffs' copyrighted works without the consent or authority of the Plaintiff.

5.     That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of Plaintiffs' motion pictures.

6.     That the Court issue temporary and permanent injunctive relief against Defendant, and that Defendant, their officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with Defendant, be enjoined and restrained from:

          a)     infringing Plaintiff's trademark and service mark;

          b)     advertising their products in a manner that falsely suggests that their products are somehow affiliated, connected, or associated with Plaintiff or falsely imply that Plaintiff, has created, sponsors, or otherwise approves the products;

          c)     assisting, aiding, or abetting any other person or business in engaging in or performing any of the activities referred to in paragraph a) through b) above;

7.     That the Court award Plaintiff actual damages and profits of Defendant in an amount to be proved at trial and/or statutory damages;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

8.    That the Court award Plaintiff its attorneys' fees and costs incurred herein;

9.    That the Court enter an order declaring that the Defendant hold in trust, as constructive trustees for the benefit of Plaintiff, their illegal profits obtained from their copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's copyrighted works without the consent or authority of the Plaintiff.

10.    That the Court enter an order requiring the Defendants to provide to Plaintiff a full and complete accounting of all gross revenue obtained from their copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's copyrighted works without the consent or authority of the Plaintiff, and of any other amounts due and owing to Plaintiff as a result of the Defendant's illegal activities.

11.    That the Court order the Defendant to pay Plaintiff's damages and Defendant's profits pursuant to 17 U.S.C. § 504(b), or, alternatively, enhanced statutory damages pursuant to 17 U.S.C. § 504(c) and 17 U.S.C. § 504(c)(2), for the Defendant's willful infringement of Plaintiff's copyrights.

12.    That the Court order Defendant to pay to Plaintiff both the costs of this suit and the reasonable attorneys' fees incurred by Plaintiff in investigating and prosecuting this action.

13.    That the Court grant to Plaintiffs such other and additional relief as is just and proper.

DATED THIS 14ᵗʰ day of ___July___ 2010.    Respectfully submitted,

DILLON & GERARDI

Timothy Dillon (SBN190839)
Attorney for Plaintiffs
Email: tdillon@dillongerardi.com

THE FREEMAN LAW FIRM INC.
s/ Spencer Freeman
Spencer Freeman (pro hac pending)
Attorney for Plaintiffs
Email:sfreeman@freemanlawfirm.org

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF