# COPY

FILED

1   TIMOTHY DILLON (SBN 190839)
    DILLON & GERARDI APC
2   4660 La Jolla Village Drive, Suite 1040
3   San Diego, CA 92122
    (858) 587-1800
4   Facsimile: (858) 587-2587
    E-mail: tdillon@dillongerardi.com
5

6   SPENCER D. FREEMAN (*pro hac vice* pending)
    FREEMAN LAW FIRM, INC.
7   2104 N. 30th St.
8   Tacoma, WA 98403
    (253) 383-4500
9   E-mail: sfreeman@freemanlawfirm.org

10 JUL 14  PM 4:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  FRASERSIDE HOLDINGS, LTD., a        Case No.:  CV10 5174 —GW (FMOx)
    foreign limited liability company
15

16          Plaintiff,               CERTIFICATION AND NOTICE OF
17                                    INTERESTED PARTIES
            vs.
18  XOD LLC, a Delaware corporation,
    d/b/a XonDemand, xondemand.com
19

20          Defendant.

21

22  TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

23

24          The undersigned, counsel of record for Fraserside Holdings, Ltd., certifies that the

25  following listed party may have a direct, pecuniary interest in the outcome of this case.

26  These representations are made to enable to the Court to evaluate possible

27  disqualification or recusal.

28

1

| **PARTY** | **CONNECTION** |
|---|---|
| Private Media Group, Inc. | Sole Shareholder of Plaintiff. |

Dated:  July ___, 2010

Respectfully Submitted,

_____

Timothy P. Dillon
Attorney for Plaintiff,
Fraserside Holdings, Inc.
E-Mail: tdillon@dillongerardi.com

(*pro hac vice* pending)
Spencer D. Freeman
Attorney for Plaintiff,
Fraserside Holdings, Inc.

CERTIFICATION AND NOTICE OF INTERESTED PARTIES