AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>CV10 - 5174 GW | DATE FILED<br>7/14/2010 | 312 N. Spring Street<br>Main Floor, Room G-8<br>Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| FRASERSIDE HOLDINGS LIMITED | XOD LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA1-674-267 | A Taste of Pleasure | Fraserside Holdings Limited |
| 2 PA1-674-266 | Anal Freedom | Fraserside Holdings Limited |
| 3 PA1-674-499 | Artcore | Fraserside Holdings Limited |
| 4 PA1-674-265 | Beauties in the Tropix | Fraserside Holdings Limited |
| 5 PA1-674-262 | Coming of Age | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV10 - 5174 GW / DATE FILED 7/14/2010 | 312 N. Spring Street<br>Main Floor, Room G-8<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>FRASERSIDE HOLDINGS LIMITED | DEFENDANT<br>XOD LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA1-674-249 | Gladiator | Fraserside Holdings Limited |
| 2 PA1-674-246 | Gladiator II – In the City of Lust | Fraserside Holdings Limited |
| 3 PA1-674-245 | Gladiator III – Sexual Conquest | Fraserside Holdings Limited |
| 4 PA1-674-243 | LUST TREASURES NO. 5 | Fraserside Holdings Limited |
| 5 PA1-674-247 | LUST TREASURES NO. 8 | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

<mark>Case 2:10-cv-05174-GW -FMO   Document 8   Filed 07/16/10   Page 3 of 7   Page ID #:85</mark>

AO 121 (6/90)

| TO: Register of Copyrights, Copyright Office, Library of Congress, Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: CV10 - 5174 GW | 312 N. Spring Street |
| DATE FILED: 7/14/2010 | Main Floor, Room G-8 |
|  | Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| FRASERSIDE HOLDINGS LIMITED | XOD LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA1-674-248 | LUST TREASURES NO. 9 | Fraserside Holdings Limited |
| 2  PA1-674-271 | MILLIONAIRE | Fraserside Holdings Limited |
| 3  PA1-674-272 | MILLIONAIRE II | Fraserside Holdings Limited |
| 4  PA1-674-498 | PIRATE FETISH MACHINE - THE FETISH GARDEN | Fraserside Holdings Limited |
| 5  PA1-682-800 | PRIVATE STORIES NO. 14 - SEX DREAM | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>CV10 - 5174 GW | DATE FILED<br>7/14/2010 |

Court: 312 N. Spring Street, Main Floor, Room G-8, Los Angeles, CA 90012

| PLAINTIFF | DEFENDANT |
|---|---|
| FRASERSIDE HOLDINGS LIMITED | XOD LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA1-674481 | PRIVATE STORIES NO. 15 - FOREST NYMPH. | Fraserside Holdings Limited |
| 2  PA1-674476 | PRIVATE STORIES NO. 9 - BLUE GIRLS. | Fraserside Holdings Limited |
| 3  PA1-674-274 | PRIVATE STORY OF BOBBI EDEN. | Fraserside Holdings Limited |
| 4  PA1-674-275 | PRIVATE STORY OF SARAH O'NEAL. | Fraserside Holdings Limited |
| 5  PA1-673-421 | SEX & REVENGE. | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>CV10 - 5174 GW | DATE FILED<br>7/14/2010 |

312 N. Spring Street
Main Floor, Room G-8
Los Angeles, CA 90012

| PLAINTIFF | DEFENDANT |
|---|---|
| FRASERSIDE HOLDINGS LIMITED | XOD LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA1-674-465 | SEX & REVENGE 2. | Fraserside Holdings Limited |
| 2 PA1-673-407 | SEX, LIES & INTERNET. | Fraserside Holdings Limited |
| 3 PA1-675-398 | SEX REBELS. | Fraserside Holdings Limited |
| 4 PA1-673-428 | SEX THRILLER. | Fraserside Holdings Limited |
| 5 PA1-675-399 | PRIVATE XXX - SEX, LUST & VIDEO-TAPES. | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>312 N. Spring Street<br>Main Floor, Room G-8<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.<br>CV10 - 5174 GW | DATE FILED<br>7/14/2010 |
| PLAINTIFF<br>FRASERSIDE HOLDINGS LIMITED | DEFENDANT<br>XOD LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA1-674-480 | TOTAL DESIRE. | Fraserside Holdings Limited |
| 2 PA1-674-566 | XXX - CHAIN REACTION. | Fraserside Holdings Limited |
| 3 PA1-674-472 | XXX 08. | Fraserside Holdings Limited |
| 4 PA1-674-469 | XXX 09 | Fraserside Holdings Limited |
| 5 PA1-674-270 | XXX 18 - WET DREAMS. | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>312 N. Spring Street<br>Main Floor, Room G-8<br>Los Angeles, CA 90012 | |
|---|---|---|
| DOCKET NO.<br>CV10 - 5174 GW | DATE FILED<br>7/14/2010 | |
| PLAINTIFF<br>FRASERSIDE HOLDINGS LIMITED | DEFENDANT<br>XOD LLC | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1  PA1-674-484 | XXX NO. 10. | Fraserside Holdings Limited |
| 2  PA1-674-495 | XXX NO. 11 - HIGH LEVEL SEX. | Fraserside Holdings Limited |
| 3  PA1-674-474 | XXX NO. 15. | Fraserside Holdings Limited |
| 4  PA1-674-269 | YOUR TIME IS UP. | Fraserside Holdings Limited |
| 5 | | Fraserside Holdings Limited |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy