Clyde DeWitt
California State Bar No. 117911
Law Offices of Clyde DeWitt,
    A Professional Corporation
20750 Ventura Blvd., Suite 204
Woodland Hills, CA 91364
(310) 392-2600
Fax (310) 362-8667
*clydedewitt@earthlink.net*

Attorneys for Defendant, XOD, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>XOD LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com<br><br>    Defendants, | Case Number **CV 10-5174 GW (FMOx)**<br><br>Hon. George H. Wu,<br>    United States District Judge<br><br>Hon. Fernando M. Olguin,<br>    United States Magistrate Judge<br><br>**NOTICE OF MOTION AND MOTION (1) FOR SUMMARY JUDGMENT ON COUNTS I-V AND (2) TO DISMISS THE REMAINING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date: Monday, October 25, 2010<br><br>Time: 8:30 AM<br><br>Courtroom: 10<br><br>1. NOTICE OF MOTION;<br>2. MEMORANDUM OF POINTS AND AUTHORITIES;<br>3. SUPPORTING DECLARATION OF FRANK RYAN;<br>4. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW;<br>5. SUPPORTING DECLARATION OF CLYDE DEWITT<br>6. [PROPOSED] ORDER. |

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-006-p-Notice of Motion.wpd     **Page 1**

NOTICE OF MOTION AND MOTION (1) FOR SUMMARY JUDGMENT ON COUNTS I-V AND
(2) TO DISMISS THE REMAINING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

1  TO ALL PARTIES AND COUNSEL OF RECORD:

2  Please take notice that on Monday, October 25, 2010 at 8:30 AM in Courtroom
3  Number 10 at the United States Courthouse, 312 North Spring Street, Los Angeles,
4  California 90012, Defendant XOD, LLC will bring a motion and here by moves (1) for
5  summary judgment on counts I-V of the complaint and (2) to dismiss the remainder of the
6  complaint for lack of subject matter jurisdiction.  In support, said defendant offers the
7  following:

8      1.  This Notice;
9      2.  The supporting Memorandum of Points and Authorities, filed herewith;
10      3.  The supporting Declaration of Frank Ryan, filed herewith;
11      4.  The Separate Statement of Uncontroverted Facts and Conclusions of Law,
12         filed herewith;
13      5.  The Supporting Declaration of Clyde DeWitt, filed herewith and
14      6.  The [Proposed] Order, filed herewith;

15  Along with any evidence and/or argument offered in any reply papers filed in connection
16  with this motion and/or presented at the hearing noticed hereby.

17  Dated: September 20, 2010.            Respectfully Submitted,

18                                        CLYDE DeWITT
                                          LAW OFFICES OF CLYDE DEWITT
19

20                                        By:   /s/ Clyde DeWitt
                                                  Clyde DeWitt
21
22                                        Counsel for Defendant XOD, LLC

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-006-p-Notice of Motion.wpd    **Page 2**

**NOTICE OF MOTION AND MOTION (1) FOR SUMMARY JUDGMENT ON COUNTS I-V AND
(2) TO DISMISS THE REMAINING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**

**CERTIFICATE PURSUANT TO LOCAL RULE 7-3**

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on the 31st day of August, 2010. The parties were unable to resolve the motion informally

Signed on September 20, 2010.

                                            /s/ Clyde DeWitt
                                                  Clyde DeWitt

Counsel for Defendant, XOD, LLC

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-006-p-Notice of Motion.wpd **Page 3**

NOTICE OF MOTION AND MOTION (1) FOR SUMMARY JUDGMENT ON COUNTS I-V AND
(2) TO DISMISS THE REMAINING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

**PROOF OF SERVICE BY MAIL AND EMAIL**

[Pursuant to Nev. R. Civ. Proc 5; Calif. Code of Civil Procedure § 1013a(3); and Fed. R. Civ. Proc. 5]

I am a resident of and/or employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action. I work at the Law Office of Clyde DeWitt, located at 732 South Sixth Street, Suite 100, Las Vegas, Nevada and 20750 Ventura Blvd., Suite 204, Woodland Hills, CA 91364. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, any correspondence delivered to our firm's mail room employee(s) is routinely deposited with the United States Postal Service on the same day.

On the date shown below, I served the foregoing document(s) on the interested parties in this action, by **emailing** a true copy to the email address listed below and by placing a true copy thereof enclosed in a sealed envelope, first class, with postage thereon fully prepaid, and either: (1) personally delivering it to our firm's **mail** room employee(s) for deposit with the United States Postal Service pursuant to our firm's ordinary business practice; or (2) personally depositing such correspondence directly in the United States mail, addressed as follows:

**SPENCER D FREEMAN**
**FREEMAN LAW FIRM INC**
**2104 N 30TH STREET**
**TACOMA, WA 98403**
**sfreeman@freemanlawfirm.org**

I declare under penalty of perjury under the laws of the United States and the States of Nevada and California that the foregoing is true and correct.

Executed on September 20, 2010.

           /s/ Clyde DeWitt
           Clyde DeWitt

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-006-p-Notice of Motion.wpd   **Page 4**

**NOTICE OF MOTION AND MOTION (1) FOR SUMMARY JUDGMENT ON COUNTS I-V AND (2) TO DISMISS THE REMAINING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**