1  Clyde DeWitt
   California State Bar No. 117911
2  Law Offices of Clyde DeWitt,
        A Professional Corporation
3  20750 Ventura Blvd., Suite 204
   Woodland Hills, CA 91364-2338
4  (310) 392-2600
   Fax (310) 362-8667
5  *clydedewitt@earthlink.net*

6  Attorneys for Defendant, XOD, LLC

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company, | Case Number **CV 10-5174 GW (FMOx)** |
|---|---|
| Plaintiff, | Hon. George H. Wu, United States District Judge |
| v. | Hon. Fernando M. Olguin, United States Magistrate Judge |
| XOD LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com | **ORDER RESCHEDULING THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO DECEMBER 13, 2010** |
| Defendants, | |

Current Motion Date:

    Monday, November 22, 2010

New Motion Date:

    Thursday, December 13, 2010

Time: 8:30 a.m.

---

S:\GW\CIVIL\Fraserside Holdings 10-5174\LA10CV05174-GW-O.1.wpd        **Page 1**

**PROPOSED ORDER**

Having reviewed the Stipulated Request of the Parties, the Court HEREBY ORDERS that Defendant's Motion for Summary Judgment, currently scheduled for November 22, 2010, be rescheduled for **December 13, 2010, at 8:30 a.m.** in Courtroom 10. All deadlines regarding Defendant's Motion for Summary Judgment shall be calculated from the December 13, 2010 hearing date in accordance with the Local Rules.

Dated: November 10, 2010

_____
Honorable George H. Wu
United States District Court Judge