CRAIG A. HENDERSON
Nevada Bar No. 10077
California Bar No. 257164
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
CHenderson@BaileyKennedy.com

Attorneys for Judgment Creditor
BAILEY❖KENNEDY

FILED
2010 DEC 23 PM 3:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company, | Case No. 2:10-cv-05174-GW-FMO |
| Plaintiff, | |
| vs. | |
| XOD, LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com, | |
| Defendants. | |

### NOTICE OF LIEN

Pursuant to Fed. R. Civ. P. 69(a) and Cal. Code Civ. P. 708.410, Judgment Creditor Bailey❖Kennedy hereby files this Notice of Lien and hereby gives notice to all parties of its judgment lien against Fraserside Holdings, Ltd. ("Judgment Debtor"). A certified copy of Bailey❖Kennedy's Judgment is attached hereto as Exhibit 1.

Pursuant to Cal. Code of Civ. P. 708.420(a), Judgment Creditor Bailey❖Kennedy hereby states: A lien has been created in this case, namely, *Fraserside Holdings, Ltd., a foreign limited liability company, Plaintiff v. XOD, LLC, a Delaware corporation, d/b/a XonDemand,*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 4

1  *Xondemand.com, Defendants*, pending in the United States District Court, Central District of
2  California, Case No. 2:10-cv-05174-GW-FMO.
3        Pursuant to Cal. Code of Civ. P. 708.420(b), Judgment Creditor Bailey❖Kennedy hereby
4  states:  The name and last known address of the Judgment Debtor is:  Fraserside Holdings, Ltd.,
5  Office 1002, 10th Floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol,
6  Cyprus.
7        Pursuant to Cal. Code of Civ. P. 708.420(c), Judgment Creditor Bailey❖Kennedy hereby
8  states:  The name and address of the judgment creditor is:  Bailey❖Kennedy, 8984 Spanish
9  Ridge Avenue, Las Vegas, Nevada 89148
10       Pursuant to Cal. Code of Civ. P. 708.420(d), Judgment Creditor Bailey❖Kennedy hereby
11 states:  Bailey❖Kennedy's judgment is entered in the Eighth Judicial District Court, Clark
12 County, Nevada, Case No. 10-A611525, and was entered on June 17, 2010.
13       Pursuant to Cal. Code of Civ. P. 708.420(e), Judgment Creditor Bailey❖Kennedy hereby
14 states:  The amount required to satisfy Bailey❖Kennedy's judgment at the time of the filing of
15 this notice is:  $301,127.35.
16       Pursuant to Cal. Code of Civ. P. 708.420(f), Judgment Creditor Bailey❖Kennedy hereby
17 states:  Bailey❖Kennedy's lien attaches to any cause of action of the Judgment Debtor that is the
18 subject of this action and to the Judgment Debtor's rights to money or property under any
19 judgment subsequently procured in this action.
20       Pursuant to Cal. Code of Civ. P. 708.420(g), Judgment Creditor Bailey❖Kennedy hereby
21 states:  No compromise, dismissal, settlement, or satisfaction of this action or any of the
22 Judgment Debtor's rights to money or property under any judgment procured in this case may be
23 entered into by or on behalf of the Judgment Debtor, and the Judgment Debtor may not enforce
24 the Judgment Debtor's rights to money or property under any judgment procured in this action
25 by a writ or otherwise, unless one of the following requirements are met:
26     (1)    Prior approval by order of the court has been obtained.
27     (2)    The written consent of Bailey❖Kennedy has been obtained or Bailey❖Kennedy
28 has released its lien.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 2 of 4

1  (3)   Bailey❖Kennedy's money judgment has been satisfied.

2  Pursuant to Cal. Code of Civ. P. 708.420(h), the Judgment Debtor may claim an
3  exemption for all or any portion of the money or property within 30 days after the judgment
4  debtor has notice of the creation of the lien, and if the exemption is not claimed within the time
5  allowed, the exemption is waived.

6  DATED this 20th day of December, 2010.

BAILEY❖KENNEDY

By: _____
CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Judgment Creditor
BAILEY❖KENNEDY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5 and Cal. Code of Civ. P. 708.410, I certify that I am an employee of BAILEY❖KENNEDY and that on the 20th day of December 2010 the foregoing NOTICE OF LIEN was filed in this action, and that on the 20th day of December 2010, a copy of the foregoing NOTICE OF LIEN was served on the parties by filing and serving the same using the ECF system and by U.S. Mail as follows:

Philip R. Green, Esq.
LAW OFFICE OF GREEN & GREEN
1000 Fourth Street, Suite 595
San Rafael, California 94901
(415) 457-8300 Telephone
(415) 457-8757 Facsimile
phil@greenandgreen.com
*Attorneys for Plaintiff*
*Fraserside Holdings, Ltd.*

Spencer D. Freeman, Esq.
FREEMAN LAW FIRM, INC.
2104 North 30th Street
Tacoma, Washington 98403
(253) 383-4500 Telephone
(253) 383-4501 Facsimile
sfreeman@freemanlawfirm.org
*Attorneys for Plaintiff*
*Fraserside Holdings, Ltd.*

Clyde F. DeWitt, Esq.
LAW OFFICES OF CLYDE DEWITT
2800 28th Street, Suite 321
Santa Monica, California 90405-6201
(310) 392-2600 Telephone
(310) 362-8667 Facsimile
clydedewitt@earthlink.net
*Attorneys for Defendant*
*XOD, LLC*

_____
Kelley Lebel, an Employee of
BAILEY❖KENNEDY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

**EXHIBIT 1**

Electronically Filed
06/17/2010 10:13:23 AM

CLERK OF THE COURT

1  JUDG
2  DENNIS L. KENNEDY
   Nevada Bar No. 1462
3  CRAIG A. HENDERSON
   Nevada Bar No. 10077
4  BAILEY❖KENNEDY
5  8984 Spanish Ridge Avenue
   Las Vegas, Nevada 89148
6  (702) 562-8820 Telephone
   (702) 562-8821 Facsimile
7  DKennedy@BaileyKennedy.com
   CHenderson@BaileyKennedy.com
8
9  Attorneys for Plaintiff
   BAILEY❖KENNEDY, LLP
10
11                    DISTRICT COURT
12                  CLARK COUNTY, NEVADA
13
14 BAILEY❖KENNEDY, LLP (f/k/a Bailey    )
   Merrill, LLP),                       )
15                                      )   Case No.: 10-A611525-J
                                        )   Dept No.: XI
16         Plaintiff,                   )
                                        )
17    vs.                               )
                                        )
18 FRASERSIDE HOLDINGS LIMITED, a       )
   foreign corporation; PRIVATE MEDIA   )   **JUDGMENT**
19 GROUP, INC., a Nevada corporation,   )
   inclusive,                           )
20                                      )
21         Defendants.                  )
                                        )
22 ─────────────────────────────────────

23     This matter came on for hearing before the Fee Dispute Arbitration Committee of the

24 State Bar of Nevada on December 3, 2009, after which this action was commenced before this

25 Court to reduce the arbitration award to Judgment. Defendants Fraserside Holdings Limited,

26 and Private Media Group, Inc., having concurred with the representation of Plaintiff Bailey ❖

27 Kennedy, LLP regarding the amount of the arbitration award and the parties having stipulated to

28 reduce the award to $301,084.99 with interest accruing at 12% per annum from February 5,

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 2

1 | 2010, this Court having reviewed the documents and rendered its decision, and for good cause
2 | appearing,
3 |   IT IS ORDERED AND ADJUDGED that in Case No. 10-A611525-J, Plaintiff Bailey ❖
4 | Kennedy, LLP recover from Defendants Fraserside Holdings Limited and Private Media Group,
5 | Inc., jointly and severally, the sum of $301,084.99 with interest thereon at the rate of 12% per
6 | annum from February 5, 2010, until paid in full.
7 |   DATED this 16th day of June, 2010.

HON. ELIZABETH GONZALEZ
DISTRICT COURT JUDGE

Respectfully submitted by:

BAILEY ❖ KENNEDY

By: _____
DENNIS L. KENNEDY
CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Plaintiff
Bailey ❖ Kennedy, LLP

Approved as to form and content:

By: _____
Robert A. Dotson, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
(775) 322-1170 Telephone
(775) 322-1865 Facsimile
rdotson@laxalt-nomura.com
*Attorney for Defendants*
*Fraserside Holdings Limited and*
*Private Media Group, Inc.*

BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Phone (702) 562-8820
Fax (702) 562-8821

Page 2 of 2

1  2010, this Court having reviewed the documents and rendered its decision, and for good cause
2  appearing,
3      IT IS ORDERED AND ADJUDGED that in Case No. 10-A611525-J, Plaintiff Bailey ❖
4  Kennedy, LLP recover from Defendants Fraserside Holdings Limited and Private Media Group,
5  Inc., jointly and severally, the sum of $301,084.99 with interest thereon at the rate of 12% per
6  annum from February 5, 2010, until paid in full.
7      DATED this __th day of June, 2010.

                          HON. ELIZABETH GONZALEZ
                          DISTRICT COURT JUDGE

Respectfully submitted by:

BAILEY ❖ KENNEDY

By: _____
DENNIS L. KENNEDY
CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Plaintiff
Bailey ❖ Kennedy, LLP

Approved as to form and content:

By: _____
Robert A. Dotson, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
(775) 322-1170 Telephone
(775) 322-1865 Facsimile
rdotson@laxalt-nomura.com
Attorney for Defendants
Fraserside Holdings Limited and
Private Media Group, Inc.

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

JUN 29 2010

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 2 of 2



# SECRETARY OF STATE
## STATE OF NEVADA

## CERTIFICATION

1. Country **United States of America**

   This public document

2. has been signed by STEVEN D. GRIERSON

3. acting in the capacity of CLERK OF THE COURT

4. bears the seal/stamp of CLARK COUNTY DISTRICT COURT OF NEVADA CERTIFIED

5. at **Carson City, Nevada, U.S.A.**

6. the TWENTYTHIRD DAY OF JULY, 2010

7. by **Ross Miller,** Secretary of State, State of Nevada, U.S.A.

8. Number 140543

9. Seal/Stamp:      10. Signature:



Ross Miller
Secretary of State

WILLIAM KEITH
Certification Clerk