UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-5174 GW (FMOx) | Date | February 2, 2011 |
|---|---|---|---|
| Title | Fraserside Holdings, Ltd. v. XOD, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States Magistrate Judge | |
|---|---|---|
| Marlene Ramirez | CS 02/02/11 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Spencer D. Freeman                     Clyde F. DeWitt
                                       Craig A. Henderson

**Proceedings:**      SETTLEMENT CONFERENCE

    The parties and their counsel met and conferred regarding settlement.  The case did not settle.

 

2 : 30

Initials of Preparer    mr