UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5174-GW(FMOx) | Date | February 3, 2011 |
|---|---|---|---|
| Title | *Fraserside Holdings, Ltd. v. XOD, LLC* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Spencer D. Freeman - by telephone | Clyde F. DeWitt |

**PROCEEDINGS:** POST-MEDIATION STATUS CONFERENCE

Parties notify the Court that the matter did not settle.

The pretrial conference and trial date will remain as previously set.

:  02

Initials of Preparer   JG