SPENCER D. FREEMAN (*pro hac vice*)
FREEMAN LAW FIRM, INC.
2104 N. 30th St.
Tacoma, WA 98403
(253) 383-4500
E-mail: sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company<br><br>             Plaintiff,<br><br>     vs.<br>XOD LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com<br><br>         Defendant. | **Case No.:  CV 10-5174 GW (FMOx)**<br><br>**NOTICE OF RESOLUTION** |

      Plaintiff Fraserside Holdings, Ltd. and Defendant XOD LLC have reached a resolution that will result in a stipulated dismissal of the lawsuit and therefore wish to advise the Court that each is withdrawing any pending motions and withdrawing request for trial.  The parties anticipate that a formal notice of dismissal will be filed within approximately 30 days, to allow for sufficient time for finalization of documents and signatures as one party is located out of the United States.

DATED this 29th day of June, 2011

   */s/ Spencer Freeman*                    */s/ Clyde DeWitt*
Spencer Freeman                          Clyde DeWitt
Attorney For Plaintiff Fraserside       Attorney For Defendant XOD