# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-05174 JAK (FMOx) | Date | July 18, 2011 |
|---|---|---|---|
| Title | Fraserside Holdings, Ltd. v. XOD, LLC | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 29, 2011, plaintiff filed "Notice of Resolution" [53]. The Court sets an Order to Show Cause re Dismissal for August 11, 2011 at 9:00 a.m. If the parties file a dismissal by August 8, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Motion to Withdraw [48], Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

                                                           : 

Initials of Preparer    ak