# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | LA CV10-05174 JAK (FMOx) | Date | October 12, 2011 |
|---|---|---|---|
| Title | Fraserside Holdings, Ltd. v. XOD, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court continues the motion for the entry of default judgment, from November 14, 2011 to December 5, 2011 at 8:30 a.m.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |