PHIL GREEN
GREEN & GREEN
1000 4th Street
Penthouse Suite 875
San Rafael, CA 94901
phil@greenandgreen.com

SPENCER D. FREEMAN (*pro hac vice*)
FREEMAN LAW FIRM, INC.
2104 N. 30th St.
Tacoma, WA 98403
(253) 383-4500
sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>XOD LLC, a Delaware corporation, d/b/a XonDemand, xondemand.com<br><br>Defendant. | Case No.: CV 10-5174 JAK (FMO)<br><br>**CERTIFICATE OF SERVICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>Date: December 5, 2011<br>Time: 8:30 AM |
|---|---|

I, Spencer Freeman, declare under the penalty of perjury that:

I am retained counsel for Plaintiff Fraserside Holdings, Ltd. On October 18, 2011, I caused copies of the following:

1. Motion for Default Judgment;

---

CERTIFICATE OF SEVICE FOR MOTION FOR DEFAULT JUDGMENT

2. Memorandum in Support of Motion for Default Judgment;

3. Declaration of Jason Tucker; and

4. Declaration of Spencer Freeman

To be mailed by U.S. Mail on Defendant's previous and last attorney, located at:

Clyde DeWitt
Law Offices of Clyde DeWitt
732 South Sixth Street, Suite 100
Las Vegas, NV 89101-6927

And to be mailed by U.S. Mail on Defendant at their last known previous address, at:

XOD LLC
400 Lincoln Avenue Unit 3A
Hatboro, PA 19040

Dated: October 18, 2011

By: ___/s/ Spencer D. Freeman___
    Spencer D. Freeman

---

CERTIFICATE OF SEVICE FOR MOTION FOR DEFAULT JUDGMENT