# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-05174 JAK (FMOx) | Date | January 9, 2012 |
| Title | Fraserside Holdings, Ltd. v. XOD, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Spencer D. Freeman (via teleconference) | Not Present |

**Proceedings:**     **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Dkt. 66)**

The motion hearing is held. The Court has reviewed the supplemental documents filed December 15, 2011 and does not believe that admissible evidence has been submitted for the Court to make an appropriate calculation or determination of statutory damages.  Based on the information that has been submitted, the Court is inclined to grant a total of $40,000 in attorney's fees and $550 in costs. Plaintiff's counsel shall submit supplemental briefing, with the appropriate application to have it filed under seal, no later than January 23, 2012.  The motion is continued to February 13, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

|  | : | 05 |
|---|---|---|
| Initials of Preparer | ak | |