Spencer D. Freeman (pro hac vice)
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fraserside Holdings, Ltd., a foreign limited liability company,<br><br>PLAINTIFF(S)<br>v.<br>XOD, LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-5174-JAK (FMO)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

1. Application to File Declaration of James Moran with Exhibits Under Seal
2. Proposed Order Granting Application to File Under Seal
3. Declaration of James Moran with Exhibits

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   Declaration with Exhibits

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required ( *reason* ):

| | |
|---|---|
| January 19, 2012 | Spencer D. Freeman |
| Date | Attorney Name |
| | Plaintiff Fraserside Holding, Ltd. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).