SPENCER D. FREEMAN (*pro hac vice*)
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500
E-mail: sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company<br><br>Plaintiff,<br><br>vs.<br>XOD LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com<br><br>Defendant. | **Case No.:  CV 10-5174 JAK (FMO)**<br><br>DEFAULT JUDGMENT AND PERMANENT INJUNCTION<br><br>JS-6 |

1  Having considered Plaintiffs' Application for Default Judgment by the Court, and good
2  causing appearing therefore, it is ORDRERED:
3  1. Plaintiffs seek statutory damages as authorized under the Copyright Act (17 U.S.C. §
4  504(c)(1) for each of thirty infringed works as listed in the Complaint.  Accordingly, having been
5  adjudged to be in default, and Plaintiff having established willful infringement, Defendant shall pay
6  damages to Plaintiff for infringement of Plaintiff's copyrighted works in the total principal sum of
7  Five Hundred Thousand Dollars ($500,000).
8  2.  Defendant shall further pay Plaintiffs' costs of suit in the amount of $550 and
9  attorneys fees in the amount of $40,000.
10  3. Defendant shall be and hereby is enjoined directly or indirectly infringing Plaintiff's
11  right under federal or state law in any work, whether now in existence or later created, that is owned
12  or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)
13  ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media
14  distribution system to reproduce (i.e., download) any of Plaintiff's' works, to distribute (i.e., upload)
15  any of Plaintiff's works, or to make any of Plaintiff's works available for distribution to the public,
16  except pursuant to a lawful license or with the express authority of Plaintiff.  Defendant also shall
17  destroy all copies of Plaintiff's works that Defendant has downloaded onto any computer hard drive or
18  server without Plaintiff's authorization and shall destroy all copies of those downloaded works
19  transferred onto any physical medium or device in Defendant's possession, custody, or control.

Signed this 24th day of February, 2012.

_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE